```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
```

United States of America

    v.                              2:19-cr-81 (1)
                                    Chief Judge Marbley

Eduardo Vladimir Valle-Bayardo

<u>ORDER</u>

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 47) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Count 1 of the Superseding Information, and he is hereby adjudged guilty on this count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 7, 2019                   s\Algenon L. Marbley
                                               Algenon L. Marbley
                                               Chief United States District Judge